```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-29-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
INDEMNITY INSURANCE COMPANY OF  :
NORTH AMERICA *as subrogor of* BAKER :
HUGHES CO.,  :       **ORDER REGULATING**
:       **PROCEEDINGS**
:
Plaintiff,  :       20 Civ. 1765 (AKH)
-against-  :
:
EXPEDITORS INTERNATIONAL OF  :
WASHINGTON, INC., and MAERSK LINE :
LIMITED,  :
:
Defendants.  :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On September 25, 2020, I held a status conference in the above-captioned matter. As indicated at the conference, Plaintiff is granted leave to amend the complaint to replace Defendant Maersk Line Limited with a new defendant, and Defendant Expeditors International of Washington, Inc. is granted leave to file a new crossclaim or third-party complaint. Any such pleadings shall be filed by October 2, 2020. The parties shall appear for a status conference to regulate further proceedings on November 6, 2020, at 10:00 a.m.

      SO ORDERED.

Dated:    September 29, 2020
           New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge