UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA A/S/O BAKER HUGHES
CO.,

                    Plaintiff,

    -against-

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC., AND MAERSK LINE
LIMITED,

                    Defendants.

-----------------------------------------------------------x

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.,

                    Third-Party Plaintiff,

    -against-

CMA CGM, S.A., a France Corporation,

                  Third-Party Defendant.

-----------------------------------------------------------x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 1765  (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 6, 2020, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, this matter shall proceed as follows:

1. Plaintiff's claims against Defendant Maersk Line Limited are dismissed without prejudice.  Plaintiff's claims shall remain pending against Defendant Expeditors International of Washington, Inc.

2. On or before November 11, 2020, the parties shall submit a joint letter to the Court defining the issues to be litigated with respect to damage limitations,

and stipulating to a briefing schedule between Plaintiff and Defendant Expeditors International of Washington, Inc. concerning the same. This stipulation shall also provide that any motions by Third-Party Defendant CMA CGM, S.A. concerning personal jurisdiction or forum non conveniens will be held in abeyance pending resolution of the damage limitations issue. Finally, the stipulation shall provide that all service-of-process issues are waived.

3. On November 20, 2020, at 10:00 a.m., the parties shall appear for a telephonic status conference to discuss the proposed stipulation, motion schedule, and any applicable tolling agreements. The conference will be held via the following call-in number:

   Dial:  888-363-4749

   Access code: 7518680

All participants are directed to call in at least 5 minutes prior to the start of the conference. No later than November 18, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   November 9, 2020            _____/s/_____
         New York, New York              ALVIN K. HELLERSTEIN
                                         United States District Judge